UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARLENE PFAFF,

       Plaintiff,            CIVIL ACTION NO. 11-CV-11980

vs.

                                    DISTRICT JUDGE MARK A. GOLDSMITH

CBE GROUP, INC.,           MAGISTRATE JUDGE MONA K. MAJZOUB

       Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR ENTRY OF PROTECTIVE ORDER (DOCKET NO. 11)

This matter comes before the Court on Defendant's Motion For Entry of Protective Order. (Docket no. 11). Plaintiff filed a response. (Docket no. 13). Defendant filed a reply. (Docket no. 15). The parties filed a Joint Statement of Resolved and Unresolved Issues. (Docket no. 25). The motion has been referred to the undersigned for decision pursuant to 28 U.S.C. § 636(b)(1)(A). (Docket no. 14). The matter has been fully briefed by the parties and the Court dispenses with oral argument pursuant to E.D. Mich. LR 7.1(f)(2).

The parties agree that a protective order is warranted in this matter to protect competitive and proprietary information but disagree as to the contents of the order. Consequently Plaintiff and Defendant have each submitted a proposed protective order for entry by the Court. The Court has reviewed the parties' briefs, joint statement, and proposed protective orders and finds that Defendant's proposed protective order should be entered with modifications.

**IT IS THEREFORE ORDERED** that Defendant's Motion For Entry of Protective Order

(docket no. 11) is **GRANTED**. On or before April 20, 2012 Defendant will submit to the Court its proposed protective order for entry with the following modifications:

1. Paragraph 6 will state "Both parties shall be precluded from posting to the Internet all or any portion of any deposition marked "Confidential" in this case, whether in the form of written transcripts, videotapes, digital or computer media (hereinafter "deposition materials").

2. Paragraph 7 will state "Both parties shall be precluded from publicly disclosing documents marked "Confidential" and information obtained through discovery which is designated as "Confidential" to anyone not authorized to receive the information under the Confidentiality Stipulation, whether by posting on the Internet or otherwise."

3. Paragraph 11 will be amended to reflect that the correct Local Rule is 83.31(a)(3)(B).

### NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of fourteen days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. § 636(b)(1).

Dated: April 9, 2012  s/ Mona K. Majzoub
MONA K. MAJZOUB
UNITED STATES MAGISTRATE JUDGE

### PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: April 9, 2012  s/ Lisa C. Bartlett
Case Manager